IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **PHILLIP DARIUS CRAYTON,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:12-cv-00291 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **C/O ROBERT SYKES, et al.,** | ) | By:   Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply with a court order and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered:  October 1, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge